THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID JAMISON, a/k/a DWIGHT HAYDEN, *et al.*, Defendants-Appellants.

(No. 73-55; ▮▮▮▮▮▮▮▮▮

Second District—August 19, 1974.

*Rehearing denied September 9, 1974.*

Opinion by Mr. JUSTICE RECHENMACHER.

Ralph Ruebner and Richard Wilson, both of State Appellate Defender's Office, of Elgin, for appellants.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz, of Model District State's Attorneys Office, of counsel), for the People.